LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

LOS ANGELES OFFICE
800 WILSHIRE BOULEVARD, SUITE 1550
LOS ANGELES, CALIFORNIA 90017

WWW.LONDONFISCHER.COM

July 14, 2026

**VIA ECF**

Honorable Katherine Polk Failla, U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *New York Marine and General Insurance Company v. Erie Insurance Company, Mt. Hawley Insurance Company, and Israel Pastor Arriaza;*
Southern District of New York; Civil Case No. 1:26-cv-03211-KPF

Dear Judge Failla:

Pursuant to discussions with Your Honor's Law Clerk, Ms. Wang, the undersigned counsel respectfully request that the Initial Conference, which was scheduled for July 15, 2026 at 4pm be adjourned to July 22, 2026, August 5, 2026 or a date set forth by this Court. Ther reason is that the proposed Joint Letter and Case Management Order has not been responded to or approved by all counsel. There have been no prior requests and the undersigned counsel consent to the requested adjournment.

Respectfully submitted,

LONDON FISCHER LLP

By: /s/ William J. Edwins
William J. Edwins, Esq.
Attorneys for Plaintiff
NY Marine Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038
212-972-1000
LF File No.: 415.0567030

HURWITZ FINE P.C.

By: /s/ Dan Kohane
Dan Kohane, Esq.
Evan D. Gestwick, Esq.
Attorneys for Defendant
Erie Insurance Company
424 Main Street
1300 Liberty Building
Buffalo, New York 14202
716-849-8900

DELAHUNT LAW PLLC

By: /s/ Timonthy Delahunt
Timothy Delahunt, Esq.
Attorneys for Defendant
Mt. Hawley Insurance Company
295 Main Street, Ste 836
Buffalo, New York 14203
716-878-9178

The initial pretrial conference ("IPTC") is hereby ADJOURNED to **August 5, 2026**, at **11:00 a.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The parties are reminded that they must file the submissions discussed in the Notice of Initial Pretrial Conference (Dkt. #17) the Thursday prior to the IPTC.

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated: July 14, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE